UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON, | Case No.  1:26 -cv-1235-HBK (PC) |
| Plaintiff, | ORDER TO SUBMIT ENCLOSED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE |
| v. | |
| RALPH DIAZ, CONNIE GIPSON, and PATWIN HORN, | 30-DAY DEADLINE |
| Defendants. | |

Plaintiff—a prisoner—initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on February 13, 2026.  (Doc. 1).  Plaintiff did not accompany the complaint with the $405.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $405.00 filing fee.  Plaintiff's failure to comply with this order, or request an extension, may result in the dismissal of this case consistent with Local Rule 110 for failure to comply with a court order and prosecute this action.

Dated:    February 17, 2026  

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE