UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON, | Case No.  1:26-cv-01235-HBK |
| Plaintiff, | ORDER NOTING RECIEPT OF PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISCHARGING ORDER DIRECTING SAME |
| v. | |
| DIAZ, et al., | |
| Defendants. | (Doc. 4) |

On March 6, 2026, Plaintiff filed a notice to the clerk inquiring about the receipt of his application to proceed *in forma pauperis*.  (Doc. 7).  The Court confirms the same day it issued its order directing Plaintiff to submit an application to proceed *in forma pauperis* or pay the filing fee (Doc. 4), the Clerk received Plaintiff's application to proceed *in forma pauperis*.  (Doc. 5).

Accordingly, it is hereby ORDERED:

The Court's February 17, 2026 Order (Doc. 4) is DISCHARGED.

Dated:   March 12, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE