UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON,<br><br>            Plaintiff,<br><br>    v.<br><br>DIAZ, et al.,<br><br>            Defendants. | Case No.  1:26-cv-01235-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE IN FULL WITHIN 30 DAYS<br><br>Docs. 5, 11 |

Travis Ray Thompson is a state prisoner and seeks to proceed in forma pauperis in this civil rights action.  Doc. 5.  On April 10, 2026, the magistrate judge issued findings and recommendations, recommending that Thompson's motion to proceed in forma pauperis be denied because he had three strikes under 28 U.S.C. § 1915(g).  Doc. 11.  The magistrate judge found the complaint did not support a conclusion that Thompson was in "imminent danger" of serious physical injury at the time the complaint was filed and therefore did not satisfy the imminent danger exception to the three strikes provision of 28 U.S.C. § 1915(g).  *Id.* at 6–7.

Thompson filed objections to the findings and recommendations.  Docs. 14, 15. Thompson does not dispute that he has three strikes; rather, he argues an in-camera hearing and a review of confidential files would be necessary for the Court to determine if an imminent danger exists.  Doc. 14 at 1-2; *see also* Doc. 15 at 2-10.  But an in-camera hearing is not necessary at this juncture of the litigation.  The Court need not make factual findings related to the allegations in

the complaint.  Rather, the Court must assume the allegations are true to evaluate whether plaintiff is in imminent danger.  Vague or conclusory allegations—such as those made by Thompson—are insufficient to satisfy the imminent danger exception under section 1915(g).  *See Uhuru v. Cuevas*, 2023 WL 5562418, at *2 (E.D. Cal. Aug. 29, 2023), *adopted*, 2023 WL 6214881 (E.D. Cal. Sept. 25, 2023).

Consistent with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo.  Having carefully reviewed the matter, including the objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.  The findings and recommendations issued on April 10, 2026 (Doc. 11) are ADOPTED in full.

2.  Plaintiff's motion to proceed in forma pauperis (Doc. 5) is DENIED.

3.  Plaintiff SHALL pay the $405.00 filing fee in full within thirty (30) days from the date of service of this order to proceed with this action.

**Failure to pay the filing fee within the specified time will result in dismissal of this action without further notice.**

IT IS SO ORDERED.

Dated:    June 8, 2026

_____
UNITED STATES DISTRICT JUDGE

2